# United States Bankruptcy Court
## Central District of California

In re **Michael David Petronella**
**Nicole Raye Petronella**
Debtor(s)

Case No. **8:16-bk-15159-ES**
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number:       **xxx-xx-1833**

Joint Debtor's Social Security Number: **xxx-xx-1900**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:    **Michael David Petronella and Nicole Raye Petronella**

Street:  **5293 Lupine St.**

City, State and Zip: **Orange, CA 92866**

Telephone #: **714-206-0258**

**Please be advised that effective   April 16   , 20 17   ,
my (our) new mailing address and telephone number is:**

Name:    **Michael David Petronella and Nicole Raye Petronella**
9415 Panther Creek Parkway #1215

Street:
Frisco TX 75035

City, State and Zip:

Telephone #:

/s/ Michael David Petronella
**Michael David Petronella**
Debtor

/s/ Nicole Raye Petronella
**Nicole Raye Petronella**
Joint Debtor